# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MOSTAFA TAHIR YASEEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-0969 |
| ) | Judge Echols |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This an action in which Plaintiff has filed a Complaint seeking an order of naturalization or, alternatively, a remand to the United States Citizenship and Immigration Service ("USCIS") with instructions that he be naturalized within a certain period of time. The Magistrate Judge has issued a Report and Recommendation ("R & R") (Docket Entry No. 8) in which the Magistrate Judge recommends that Defendant's Motion to Dismiss (Docket Entry No. 7) be granted and this case be dismissed because, since the filing of the Complaint, Plaintiff's application for naturalization has been processed and he was notified that he was scheduled to be naturalized on December 7, 2007. The R & R was issued on November 29, 2007, and Plaintiff has filed no objections thereto even though he was informed in the R & R that any objections needed to be filed within ten (10) days (Docket Entry No. 7 at 2).

1

This Court has reviewed the record in this case and agrees with the Magistrate Judge that because the relief sought by the Plaintiff has been granted by the USCIS and that there is no further relief that this Court can provide, there is no controversy for the Court to adjudicate.

Accordingly, the Court rules as follows:

(1) The Report and Recommendation (Docket Entry No. 8) is hereby ACCEPTED AND APPROVED;

(2) Defendant's Motion to Dismiss (Docket Entry No. 7) is hereby GRANTED; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE